James R. Britt, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

James Britt appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Britt's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Britt v. Angelone*, No. CA–00–1195–AM (E.D. Va. Sept. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Robert L. Taylor, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Taylor appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Taylor v. Director, Va. Dep't of Corrections*, No. CA–00–1190–AM (E.D. Va. Oct. 6, 2000). We deny the motion for leave to appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Robert L. TAYLOR, Petitioner–Appellant,

v.

DIRECTOR OF VIRGINIA DEPARTMENT OF CORRECTIONS, Respondent–Appellee.

No. 00–7619.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

UNITED STATES of America, Plaintiff–Appellee,

v.

Tracy Edgar KNOX, Defendant–Appellant.

No. 00–7641.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.